# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

SYLVESTER O. BARBEE                                                                PLAINTIFF

V.                      No. 4:21-CV-204-BRW-JTR

RAYMOND NAYLOR, Disciplinary
Hearing Administrator, ADC, *et al.*                                        DEFENDANTS

## ORDER

Pending before the Court is Plaintiff Sylvester O. Barbee's Motion to Stay. *Doc. 49.* Barbee asks the Court to "hold the proceeding in abeyance" because he believes that he will be released on parole soon and will have better access to the documents he needs to respond to Defendants' discovery requests. *Id.* Defendants have not responded to the Motion to Stay or indicated that Barbee's discovery responses have been insufficient.

This case has been pending over two years. Barbee's speculation that he may be released from incarceration soon does not provide good cause to delay these judicial proceedings further. Accordingly, Barbee's Motion to Stay (*Doc. 49*) is DENIED.

SO ORDERED, this 22nd day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE