IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SYLVESTER O. BARBEE,**
**ADC #131311**                                                                                          **PLAINTIFF**

V.                                    CASE NO. 4:21-CV-204-BRW

**RAYMOND NAYLOR**, *et al*.                                                                          **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition[1] submitted by United States Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Barbee's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment[2] is GRANTED. Mr. Barbee's claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 2nd day of January, 2024.

                                                                          BILLY ROY WILSON
                                                UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 72.

[2] Doc. No. 57.